884 A.2d 1250

IN THE MATTER OF SCOTT M. BERGER, AN ATTORNEY
AT LAW (ATTORNEY NO. 016821990).

October 25, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–192, concluding that by way of reciprocal discipline pursuant to *Rule* 1:20–14, a one-year suspension from practice should be imposed on **SCOTT M. BERGER** of **EAST ROCKAWAY, NEW YORK**, who was admitted to the bar of this State in 1990, and whose license to practice law in New Jersey was administratively revoked pursuant to *Rule* 1:28–2(c) effective September 26, 2005;

And the basis for said suspension from practice being the three-year suspension imposed on **SCOTT M. BERGER** in New York, effective June 29, 2001, for conduct in violation of *RPC* 3.3(a)(1) (false statement of material fact or law to a tribunal), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), *RPC* 7.2(c) and *RPC* 7.3(d) (prohibiting lawyer from compensating others for recommending or securing the lawyer's employment by client);

And good cause appearing;

It is ORDERED that **SCOTT M. BERGER** is suspended from the practice of law for a period of one year, retroactive to June 29, 2001; and it is further

ORDERED that this retroactive suspension has no effect on the September 26, 2005, administrative revocation of respondent's license to practice law in this State; and it further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for approved administrative costs incurred in the prosecution of this matter.